Label Matrix for local noticing
0416-1
Case 18-16684
District of Maryland
Baltimore
Mon Jun  4 14:43:25 EDT 2018

Exeter Finance LLC, c/o AIS Portfolio Servic
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Attn: Exeter Finance LLC Department
AIS Portfolio Services, LP
Account: XXX7453
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

BGE
p.o. bOX 13070
Philadelphia, PA 19101-3070

CENTRAL COLLECTIONS UNIT
STATE OF MARYLAND
300 WST PRESTON STREET
FIFTH FLOOR
Baltimore, MD 21201-2308

COMPTROLLER OF THE TREASURY
301 WEST PRESTON STREET
ROOM 409
Baltimore, MD 21201-2396

Comptroller of Maryland
Revenue Administration Division
Annapolis, MD 21411-0001

Comptroller of the Treasury
Compliance Division, Room 409
301 W. Preston Street
Baltimore, MD 21201-2305

DIRECTOR OF FINANCE
200 N .Holliday St
Baltimore, MD 21202-3683

Deputy County Attorney
Baltimore County Office of Law
400 Washington Avenue, 2nd Floor
Towson, MD 21204-4606

(p) INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Internal Revenue Service
P.O. Box  16226
Philadelphia, PA 19114-0226

Jeremy Fishman
1401 Rockville Pike
Rockville, MD 20852-1428

LINDA GARNETT
Jeffrey P. Nesson, Esq
11421 Reisterstown Rd
Owings Mills, MD 21117-1834

Linda Fair Garnett
3705 Yosemite Ave.
Baltimore, MD 21215-7487

MIDLAND MORTGAGE CO
P.O. Box 26648
Oklahoma City, OK 73126-0648

Motor Vehicle Administration
6601 Ritchie Highway, NE
Glen Burnie, MD 21062-1000

Office of Budget And Finance
400 Washington Avenue
Towson, MD 21204-4605

State of Maryland DLLR
Division of Unemployment Insurance
1100 N. Eutaw Street, Room 401
Baltimore, MD 21201-2225

Supervisor of Delin. Accts.
Rm. 1 Municipal Building
Holliday & Lexington Streets
Baltimore, MD 21202

baltimore county
office of budget and finance
room 150c
400 washington ave.
Towson, MD 21204-4608

exeter
p.o. box 166008
Irving, TX 75016-6008

exeter
p.o. box 166097
Irving, TX 75016-6097

ez pass
6601 ritchie highway
Glen Burnie, MD 21062-1000

jeff nesson, esq.
attorney for Linda Fair
11421 Reisterstown Road
Owings Mills, MD 21117-1834

michael klima, Esq.
8028 Ritchie Highway
suite 300
Pasadena, MD 21122-1360

midfirst bank
999 NW Grand Blvd.
Oklahoma City, OK 73118-6051

Arnold F. Fair
7106 Bexhill Road
Windsor Mill, MD 21244-3404

Linda Garnett
c/o Jeffrey P Nesson
11421 Reisterstown Rd
Owings Mills, MD 21117-1834

Nancy Spencer Grigsby
185 Admiral Cochrane Dr.
Suite 240
Annapolis, MD 21401-7623

Richard J. Hackerman
3635 Old Court Road
Suite 208
Baltimore, MD 21208-3906

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

INTERNAL REVENUE SERVICE          End of Label Matrix
SPECIAL PROCEDURES                Mailable recipients     30
31 HOPKINS PLAZA ROOM 1140        Bypassed recipients      0
Baltimore, MD 21201               Total                   30